# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, D.A. NORKIN**
Appellate Military Judges

**UNITED STATES OF AMERICA**

**v.**

**ENRIQUE MARIN**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS RESERVE**

**NMCCA 201300443**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 4 September 2013.
**Military Judge**: LtCol Elizabeth A. Harvey, USMC.
**Convening Authority**: Commanding General, I Marine Expeditionary Force, U.S. Marine Corps Forces, Pacific, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Col S.D. Marchioro, USMC.
**For Appellant**: CDR Christopher Roper, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**27 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court